05-21515.ob

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21515 CIV Cooke

JEFFREY GOLDSTEIN,

    Plaintiff,

vs.

CENTOCOR

    Defendant.

_____/

## ORDER DENYING MOTION TO STRIKE POHL AFFIDAVIT

    This matter is before this Court on Defendant's Motion to Strike...Affidavit of...Dr. Douglas Pohl..., filed November 20, 2006. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

    The Court finds some merit to portions of this motion, and some issues that may, or may not be meritorious, but will be considered in the motion to exclude Dr. Pohl's testimony. Defend is correct that the affidavit contains some irrelevant material and legal conclusions. However, the Eleventh Circuit has cautioned that the striking of an affidavit regarding summary judgment should be used "sparingly because of the harsh effect this rule may have on a party's case". Rollins v. TechSouth, Inc., 833 F. 2d 1525,1530 (11th Cir. 1987).

    Defendant suggests that Dr. Pohl's report is contradicted by his affidavit but never explains how. The motion claims that his report states (page 5 of the motion) that "Remicade is the cause of this patient's lung disease because the pathology and clinical history are indicative of

that" (apparently citing to paragraph 11 of the affidavit). Then the motion states that this "directly conflicts with Dr. Pohl's affidavit" ... ??

In any event, to the extent there are some issues of inconsistency between the affidavit and other testimony, striking the affidavit would be excessive. Attacking the affidavit piecemeal would be more appropriate, but is unnecessary. The inconsistencies are there for the Court to note and to give the affidavit the weight the Court will find appropriate. Of course, should the Court determine that Dr. Pohl's testimony ought to be excluded, his affidavit would likewise follow.

Therefore, for the reasons stated herein, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** this 26th day of December, 2006 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

Copies provided to:
Honorable Marcia G. Cooke