05-21515.oh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21515 CIV Cooke/Brown

JEFFREY GOLDSTEIN,

    Plaintiff,

vs.

CENTOCOR, INC.,

    Defendant.

_____/

## ORDER DENYING MOTION FOR CONTINUANCE

This matter is before this Court on Plaintiff's Response to Order to Show Cause and Motion for Continuance filed June 4, 2007. The Court has reviewed the Motion and the file, and is otherwise fully advised in the premises. Plaintiff states that he "needs additional time to establish ... 'general causation' in light of the Court's recent rulings" (Mot. p. 3) but offers no specifics as to how, if at all, he will be able to establish this element of his case (e.g., by identifying a prospective expert witness).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Continuance is **DENIED**.

DONE AND ORDERED this 6th day of June, 2007 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE